SARAH KANTER, Respondent, *v.* NEW AMSTERDAM CASUALTY COMPANY, Appellant.

*Bond — landlord and tenant — action to recover on bond given to secure faithful performance of conditions of a lease.*

Kanter v. New Amsterdam Casualty Co., 195 App. Div. 756, affirmed.
(Argued March 23, 1922; decided April 25, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 13, 1921, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action was brought to recover the amount set forth in a bond given by the Thomas Mulligan Construction Company, Inc., and the One Hundred and Fifteenth Street Garage Company, as principals, and the defendant, as surety. It was claimed by the plaintiff that the bond was given entirely for her benefit, and was to secure the faithful performance on the part of the principals of an agreement to reconstruct into a garage a building then standing upon the demised premises and used as a stable. Plaintiff claimed that she was a lessee of the premises and sublet them to the One Hundred and Fifteenth Street Garage Company under a lease containing a covenant on the part of the lessee to alter the building thereon into a garage, and that the said lessee has failed to comply with said covenant.

*Frederick Mellor* for appellant.
*William Kaufman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, POUND, McLAUGHLIN and CRANE, JJ. Dissenting: HISCOCK, Ch. J., CARDOZO and ANDREWS, JJ.